IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:16-CV-39

| | |
|---|---|
| Luis Antonio Arellano Galvan, Jose Alfredo Avila Torres and Rafael Aaron Brito Martinez, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| San Jose Mexican Restaurant of NC, Inc., San Jose Mexican Restaurant #2 of Lumberton, Inc., San Jose Mexican Restaurant of Pembroke, NC, Inc., Alberto Flores Toledano and Edgardo Flores Perez, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## CONSENT TO SUE

I, _____, hereby consent to be a party to the above-captioned lawsuit under 29 U.S.C. § 216(b) to assert my right to the minimum wage required by the Fair Labor Standards Act.

First and Last Name (printed): _____

Date: _____

Date of Birth: _____

Signature: _____

EN LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ORIENTAL DE CAROLINA DEL NORTE
DIVISION DEL SUR
CASE NO: 7:16-CV-39

| | |
|---|---|
| Luis Antonio Arellano Galvan, Jose Alfredo Avila Torres y Rafael Aaron Brito Martinez, y otros semejantemente situados, | ) ) ) ) ) |
| Demandantes | ) ) |
| contra, | ) ) |
| San Jose Mexican Restaurant of NC, Inc., San Jose Mexican Restaurant #2 of Lumberton, Inc., San Jose Mexican Restaurant of Pembroke, NC, Inc., Alberto Flores Toledano y Edgardo Flores Perez, | ) ) ) ) ) ) ) |
| Demandados | ) ) |

## CONSENTIMIENTO A DEMANDAR

Yo, _____, doy mi consentimiento para participar en la demanda arriba-referida bajo 29 U.S.C. § 216(b) para levantar mi reclamo al sueldo mínimo exigido bajo la Ley de las Normas Justas del Trabajo.

Nombre y apellido (en letra de molde):_____

Fecha Actual: _____

Fecha de Nacimiento: _____

Firma: _____